**United States District Court**
**Northern District of New York**

| | | |
|---|---|---|
| Lucia Dobromirescu, *Plaintiff*, | ) | Case 3:26-cv-01179-MJK |
| vs. | ) | Mitchell J. Katz<br>United States Magistrate Judge |
| Frank Bisignano,<br>Commissioner of Social Security,<br>*Defendant*. | ) | |
| | ) | Stipulation – Document Filed Electronically |

**<u>Parties' Stipulation for Remand</u>**

The parties stipulate that the Commissioner's final decision be reversed and that this action be remanded to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). On remand, the Commissioner will give further consideration to the medical source opinions and prior administrative medical findings pursuant to the provisions of 20 C.F.R. §§ 404.1520c, 416.920c. On remand, the Commissioner will further evaluate the claimant's substance use disorder to determine whether it is a severe impairment. 20 CFR §§ 404.1520(c) and 416.920(c), and if the claimant is found disabled, conduct further proceedings to determine whether substance use disorder is a contributing factor material to the finding that the claimant is disabled. Social Security Ruling 13-2p. On remand, the Commissioner will offer the claimant an opportunity for a hearing and issue a new decision.

The parties consent to the entry of judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Respectfully Submitted,

Frank Bisignano
Commissioner of Social Security

By His Attorneys,

John A. Sarcone III
Acting United States Attorney

*/s/ Michael Henry*
Michael Henry
Special Assistant United States Attorney
N.D.N.Y. Bar Roll No. 700993
Program Litigation 2
Social Security Administration
Law & Policy
6401 Security Boulevard
Baltimore, MD 21235
Michael.l.henry@ssa.gov

Of Counsel:
Michael J. Pelgro
Executive Counsel for Program Litigation 2
Social Security Administration

Lucia Dobromirescu,

By Her Attorney,

*/s/ Peter Gorton*
Peter A. Gorton
Attorney for Plaintiff
Lachman & Gorton
1500 E. Main St.
P.O. Box 89
Endicott, NY 13761-0089
office@lglaw.org

SO ORDERED:

Digitally signed by Mitchell J Katz
Date: 2026.11.10 08:29:02 -05'00'

Hon. Mitchell J. Katz
U.S. Magistrate Judge

Dated: November 10, 2026