# *UNITED STATES DISTRICT COURT*
## *NORTHERN DISTRICT OF NEW YORK*

## JUDGMENT IN A CIVIL CASE

**Lucia Dobromirescu**
Plaintiff(s)

vs. **CASE NUMBER: 3:26-cv-1179**

**Commissioner of Social Security**
Defendant(s)

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this action be remanded to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). On remand, the Commissioner will give further consideration to the medical source opinions and prior administrative medical findings pursuant to the provisions of 20 C.F.R. §§ 404.1520c, 416.920c. On remand, the Commissioner will further evaluate the claimant's substance use disorder to determine whether it is a severe impairment. 20 CFR §§ 404.1520(c) and 416.920(c), and if the claimant is found disabled, conduct further proceedings to determine whether substance use disorder is a contributing factor material to the finding that the claimant is disabled. Social Security Ruling 13-2p. On remand, the Commissioner will offer the claimant an opportunity for a hearing and issue a new decision.

All of the above pursuant to the order of the Honorable **Mitchell J. Katz**, dated 11/10/2026.

DATED: November 10, 2026

John Domurad
Clerk of Court

s/
Abbigail Selnick
Deputy Clerk